**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| NATIONAL ALLIANCE ON MENTAL ILLNESS OF CENTRAL MASSACHUSETTS, INC., NATIONAL ALLIANCE ON MENTAL ILLNESS OF MASSACHUSETTS, INC., and PARENT PROFESSIONAL ADVOCACY LEAGUE, INC., | ) ) ) ) ) ) ) | |
| Plaintiff | ) | NO. 26-CV-40084 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF WORCESTER, MASSACHUSETTS, | ) ) | |
| | ) | |
| Defendant | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO PLAINTIFFS'COMPLAINT**

Defendant, City of Worcester, ("Defendant") and the Plaintiffs The National Alliance on Mental Illness of Central Massachusetts, Inc. ("NAMI Central Mass."), the National Alliance on Mental Illness of Massachusetts, Inc. ("NAMI Massachusetts"), and the Parent Professional Advocacy League, Inc. ("PPAL") (collectively "Plaintiffs") respectfully request that this court extend the time by which Defendant needs to file an answer or other responsive pleading to Plaintiffs' Complaint to April 23, 2026.

As grounds for this request, the Defendant and Plaintiffs state they engaged in a conference on April 6, 2026, prior to original deadline for responsive pleadings, to schedule a series of case conferences in the interest of resolving this litigation. The parties believe the schedule and procedural discussions will require additional time to coordinate.

1

4905-1943-4398 v.1

2

WHEREFORE, the Plaintiffs and Defendant respectfully request that this court extend the time by which Defendant needs to file an answer or other responsive pleading to Plaintiffs' Complaint to April 23, 2026.

4905-1943-4398 v.1

Respectfully submitted,

Plaintiffs,
By their attorneys,

_____
Steven J. Schwartz (Bar No. 448440)
Mona Igram (Bar No. 562986)
Max Lapertosa (*Pro Hac Vice* application pending)
CENTER FOR PUBLIC REPRESENTATION
5 Ferry St., No. 314
Easthampton, MA 01027
(413) 966-1510
Email: sschwartz@cpr-ma.org
migram@cpr-ma.org
mlapertosa@cpr-ma.org

Tatum Pritchard (Bar No. 664502)
Justin Woolf (Bar No. 696771)
DISABILITY LAW CENTER, INC.
11 Beacon St., Suite 924
Boston, MA 02108
(617) 723-8455
Email: tpritchard@dlc-ma.org
jwoolf@dlc-ma.org

James S. Rollins (Bar No. 569422)
Melissa Nott Davis (Bar No. 654546)
NELSON MULLINS
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
Email: james.rollins@nelsonmullins.com
melissa.davis@nelsonmullins.com

DEFENDANT
CITY OF WORCESTER,

By its attorneys,

Alexandra H. Kalkounis
City Solicitor

/s/ Kiel H. Becker
_____
Alexandra H. Kalkounis (#678657)
City Solicitor
Kiel H. Becker (#698487)

3

4905-1943-4398 v.1

First Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA 01608
beckerk@worcesterma.gov
kalkounisa@worcesterma.gov

CERTIFICATE OF SERVICE

I, Kiel Becker, hereby certify that on the 6th day of April 2026 the foregoing, filed through the Electronic Case Filing System, will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and that a email has additionally been sent to parties.


/s/ Kiel H. Becker
Kiel H. Becker

4

4905-1943-4398 v.1