| | | |
|---|---|---|
| NATIONAL ALLIANCE ON MENTAL ILLNESS OF CENTRAL MASSACHUSETTS, INC., NATIONAL ALLIANCE ON MENTAL ILLNESS OF MASSACHUSETTS, INC., and PARENT PROFESSIONAL ADVOCACY LEAGUE, INC., | ) ) ) ) ) ) ) | CIVIL ACTION NO. 4:26-cv-40084-MRG |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF WORCESTER, MASSACHUSETTS, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION TO STAY CASE DEADLINES

The parties, through counsel, respectfully request that the Court stay all pending deadlines and proceedings in this case for a period of sixty (60) days. As good cause for this Motion, the parties state as follows:

1.      Plaintiffs filed this action on March 16, 2026. That same day, Plaintiffs sent, via email, a courtesy copy of the complaint to the Worcester City Solicitor and City Manager, along with a letter proposing to engage in settlement negotiations with Defendant City of Worcester ("City").

2.      The parties conferred on April 6, 2026. During this conferral meeting, the parties agreed to move the Court to extend the City's deadline for filing an answer or responsive pleading for 14 days, or until April 23, 2026, to allow them time to continue discussing the possibility of settlement negotiations. The parties filed their joint motion on April 8, 2026, Dkt. No. 9, which the Court granted on April 10, 2026. Dkt. No. 13.

3. On April 22, 2026, the parties again conferred and agreed to a schedule and agenda for settlement negotiations, to be held over the next 60 days.

4. To allow the parties to focus their efforts and resources on reaching a settlement of this matter, the parties jointly and respectfully request that the Court stay all pending case deadlines, along with any related proceedings, for the next 60 days, or through June 22, 2026. On or before this date, the parties will notify the Court as to the status of settlement negotiations, including whether an extension of the stay is warranted. If the parties report that they have not settled and do not believe that settlement is reasonably anticipated or likely, the parties request that, at that time, the Court lift the stay and extend all case deadlines and dates commensurate with the 60-day stay.

WHEREFORE, the parties respectfully request that this Motion be GRANTED and that the Court enter an order staying case deadlines and proceedings through June 22, 2026.

Dated: April 23, 2026

Respectfully submitted,

| | |
|---|---|
| s/ Kiel H. Becker (by express permission) | s/ Max Lapertosa |
| Alexandra H. Kalkounis (Bar No. 678657) | Steven J. Schwartz (Bar No. 448440) |
| City Solicitor | Mona Igram (Bar No. 562986) |
| Kiel H. Becker (Bar No. 698487) | Max Lapertosa (admitted *pro hac vice*) |
| First Assistant City Solicitor | CENTER FOR PUBLIC |
| CITY OF WORCESTER | REPRESENTATION |
| City Hall, Room 301 | 5 Ferry St., No. 314 |
| 455 Main St. | Easthampton, MA  01027 |
| Worcester, MA  01608 | (413) 966-1510 |
| Email:  kalkounisa@worcesterma.gov | Email:  sschwartz@cpr-ma.org |
|            beckerk@worcesterma.gov |            migram@cpr-ma.org |
| | mlapertosa@cpr-ma.org |

*Counsel for Defendant*

Tatum Pritchard (Bar No. 664502)
Justin Woolf (Bar No. 696771)
DISABILITY LAW CENTER, INC.
11 Beacon St., Suite 924
Boston, MA  02108
(617) 723-8455
Email:  tpritchard@dlc-ma.org
            jwoolf@dlc-ma.org

James S. Rollins (Bar No. 569422)
Melissa Nott Davis (Bar No. 654546)
NELSON MULLINS
One Financial Center, Suite 3500
Boston, MA  02111
(617) 217-4700
Email:  james.rollins@nelsonmullins.com
            melissa.davis@nelsonmullins.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, this document and all attachments were caused to be filed through the CM/ECF system, which will send notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that any non-registered participants as indicated on the NEF will be sent paper copies.


s/ Max Lapertosa