**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| NATIONAL ALLIANCE ON MENTAL ILLNESS OF CENTRAL MASSACHUSETTS, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 4:26-cv-40084-MRG |
| CITY OF WORCESTER, MASSACHUSETTS, | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND**
**MOTION TO EXTEND THE COURT'S STAY OF CASE DEADLINES**

As required by the Court's April 24, 2026 order (Dkt. No. 20), the parties, through counsel, respectfully submit the following Joint Status Report on the progress of settlement negotiations and, in addition, move for an extension of the Court's stay of case deadlines and proceedings, as follows:

1. On April 24, 2026, the Court granted the parties' joint motion to stay deadlines in this case for 60 days, or through June 22, 2026.  Dkt. No. 20.

2. During this period, the parties have worked diligently and in good faith to settle this case.  The parties have made, and continue to make, substantial progress towards a negotiated resolution of this case, but require additional time to continue negotiating outstanding items and terms.  Based on the progress made to date, the parties believe that further negotiations would be fruitful.

3. Accordingly, to allow them to focus their efforts and resources on settlement, the parties respectfully request that the Court extend the stay of case deadlines and proceedings for

an additional sixty (60) days, or through August 21, 2026.  On or before this date, the parties will notify the Court as to the status of settlement negotiations and whether a further extension of the stay is warranted.  If the parties report that they have not settled and do not believe that settlement is reasonably anticipated or likely, the parties request that, at that time, the Court lift the stay and extend all case deadlines and dates commensurate with the length of the stay.

WHEREFORE, the parties respectfully request that this Motion be GRANTED and that the Court enter an order staying case deadlines and proceedings through August 21, 2026.

Dated: June 16, 2026

Respectfully submitted,

s/ Kiel H. Becker (by express permission)
Alexandra H. Kalkounis (Bar No. 678657)
City Solicitor
Kiel H. Becker (Bar No. 698487)
First Assistant City Solicitor
CITY OF WORCESTER
City Hall, Room 301
455 Main St.
Worcester, MA  01608
Email:  kalkounisa@worcesterma.gov
        beckerk@worcesterma.gov

*Counsel for Defendant*

s/ Max Lapertosa
Steven J. Schwartz (Bar No. 448440)
Mona Igram (Bar No. 562986)
Max Lapertosa (admitted *pro hac vice*)
CENTER FOR PUBLIC
REPRESENTATION
5 Ferry St., No. 314
Easthampton, MA  01027
(413) 966-1510
Email:  sschwartz@cpr-ma.org
        migram@cpr-ma.org
        mlapertosa@cpr-ma.org

Tatum Pritchard (Bar No. 664502)
DISABILITY LAW CENTER, INC.
11 Beacon St., Suite 924
Boston, MA  02108
(617) 723-8455
Email:  tpritchard@dlc-ma.org

James S. Rollins (Bar No. 569422)
Melissa Nott Davis (Bar No. 654546)
NELSON MULLINS
One Financial Center, Suite 3500
Boston, MA  02111
(617) 217-4700
Email:  james.rollins@nelsonmullins.com
        melissa.davis@nelsonmullins.com

*Counsel for Plaintiffs*

3

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 16, 2026, this document and all attachments were caused to be filed through the CM/ECF system, which will send notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that any non-registered participants as indicated on the NEF will be sent paper copies.


<u>s/ Max Lapertosa</u>