**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| NATIONAL ALLIANCE ON MENTAL ILLNESS OF MASSACHUSETTS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER, MASSACHUSETTS,<br><br>Defendant. | ) | CIVIL ACTION NO. 4:26-cv-40084-MRG |

**NOTICE OF VOLUNTARY DISMISSAL BY NATIONAL ALLIANCE ON MENTAL ILLNESS OF CENTRAL MASSACHUSETTS, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff National Alliance on Mental Illness of Central Massachusetts, Inc., voluntarily dismisses without prejudice all its claims in this case. This Notice is proper because Defendant has not filed an answer or motion for summary judgment.

Dated: July 24, 2026

Respectfully submitted,

s/ Max Lapertosa
Steven J. Schwartz (Bar No. 448440)
Mona Igram (Bar No. 562986)
Max Lapertosa (admitted *pro hac vice*)
CENTER FOR PUBLIC REPRESENTATION
5 Ferry St., No. 314
Easthampton, MA 01027
(413) 966-1510
Email: sschwartz@cpr-ma.org
migram@cpr-ma.org
mlapertosa@cpr-ma.org

Tatum Pritchard (Bar No. 664502)
DISABILITY LAW CENTER, INC.
11 Beacon St., Suite 924
Boston, MA 02108
(617) 723-8455
Email: tpritchard@dlc-ma.org

James S. Rollins (Bar No. 569422)
Melissa Nott Davis (Bar No. 654546)
NELSON MULLINS
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
Email: james.rollins@nelsonmullins.com
melissa.davis@nelsonmullins.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, this document and all attachments were caused to be filed through the CM/ECF system, which will send notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that any non-registered participants as indicated on the NEF will be sent paper copies.

s/ Max Lapertosa