**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| NATIONAL ALLIANCE ON MENTAL ILLNESS OF MASSACHUSETTS, INC., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 4:26-cv-40084-MRG |
| CITY OF WORCESTER, MASSACHUSETTS, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND**
**<u>MOTION TO EXTEND THE COURT'S STAY OF CASE DEADLINES</u>**

As required by the Court's June 22, 2026 order (Dkt. No. 22), the parties, through counsel, respectfully submit the following Joint Status Report on the progress of settlement negotiations and, in addition, move for an extension of the Court's stay of case deadlines and proceedings, as follows:

1. On June 22, 2026, the Court granted the parties' joint motion to stay deadlines in this case for 60 days, or through August 22, 2026. Dkt. No. 22.

2. During this period, the parties have continued to work diligently and in good faith to settle this case. Since the current stay was granted, they have exchanged multiple drafts of settlement proposals and met on three occasions for extended negotiation discussions. Through these efforts, the parties have reached agreement on a number of issues and significantly narrowed the differences between their respective positions on others. While there are some remaining foundational issues, the parties are committed to continuing to work to address them. Based on the progress made to date, the parties believe that additional time for further settlement

negotiations through Alternative Dispute Resolution (ADR) is necessary and would be fruitful. The parties shall jointly request referral to ADR.

3. Accordingly, to allow them to focus their efforts and resources on reaching a resolution, the parties respectfully request that the Court extend the stay of case deadlines and proceedings for an additional thirty (30) days, or through September 21, 2026. Plaintiffs may file an amended complaint before September 21, 2026; Defendant's deadline to respond to the original or any amended complaint will be stayed.

4. On or before September 21, 2026, the parties will notify the Court as to the status of negotiations and whether a further extension of the stay is warranted. If the parties report that they have not settled and do not believe that settlement is reasonably anticipated or likely, the parties request that, at that time, the Court lift the stay and extend all case deadlines and dates commensurate with the length of the stay.

WHEREFORE, the parties respectfully request that this Motion be GRANTED and that the Court enter an order staying case deadlines and proceedings through September 21, 2026.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Kiel H. Becker*
Alexandra H. Kalkounis (Bar No. 678657)
City Solicitor
Kiel H. Becker (Bar No. 698487)
First Assistant City Solicitor
CITY OF WORCESTER
City Hall, Room 301
455 Main St.
Worcester, MA 01608
Email: kalkounisa@worcesterma.gov
beckerk@worcesterma.gov

*Counsel for Defendant*

*/s/ Melissa Nott Davis*
Steven J. Schwartz (Bar No. 448440)
Mona Igram (Bar No. 562986)
Max Lapertosa (admitted *pro hac vice*)
CENTER FOR PUBLIC REPRESENTATION
5 Ferry St., No. 314
Easthampton, MA 01027
(413) 966-1510
Email: sschwartz@cpr-ma.org
migram@cpr-ma.org
mlapertosa@cpr-ma.org

Tatum Pritchard (Bar No. 664502)
DISABILITY LAW CENTER, INC.
11 Beacon St., Suite 924
Boston, MA 02108
(617) 723-8455
Email: tpritchard@dlc-ma.org

James S. Rollins (Bar No. 569422)
Melissa Nott Davis (Bar No. 654546)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
Email: james.rollins@nelsonmullins.com
melissa.davis@nelsonmullins.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, this document and all attachments were caused to be filed through the CM/ECF system, which will send notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that any non-registered participants as indicated on the NEF will be sent paper copies.

*/s/ Melissa Nott Davis*
Melissa Nott Davis