**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| NATIONAL ALLIANCE ON MENTAL ILLNESS OF MASSACHUSETTS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER, MASSACHUSETTS,<br><br>Defendant. | ) | CIVIL ACTION NO. 4:26-cv-40084-MRG |

**JOINT REQUEST FOR REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION**

The parties jointly request that this matter be referred for an Alternative Dispute Resolution (ADR) conference in accordance with Local Rule 16.4(c)(2). The parties have not previously engaged in ADR and believe that doing so now may lead to resolution of remaining disputes identified through settlement negotiations between the parties.

The parties respectfully request that one of the following Magistrate Judges be assigned as the ADR Provider:

- Judge Judith G. Dein
- Judge M. Page Kelley

Given the age of the case, the parties request that mediation be conducted as soon as possible.

Dated: August 24, 2026

Respectfully submitted,

s/ Kiel H. Becker (by express permission)
Alexandra H. Kalkounis (Bar No. 678657)
City Solicitor
Kiel H. Becker (Bar No. 698487)
First Assistant City Solicitor
CITY OF WORCESTER
City Hall, Room 301
455 Main St.
Worcester, MA 01608
Email: kalkounisa@worcesterma.gov
beckerk@worcesterma.gov

*Counsel for Defendant*

s/ Max Lapertosa
Steven J. Schwartz (Bar No. 448440)
Mona Igram (Bar No. 562986)
Max Lapertosa (admitted *pro hac vice*)
CENTER FOR PUBLIC REPRESENTATION
5 Ferry St., No. 314
Easthampton, MA 01027
(413) 966-1510
Email: sschwartz@cpr-ma.org
migram@cpr-ma.org
mlapertosa@cpr-ma.org

Tatum Pritchard (Bar No. 664502)
DISABILITY LAW CENTER, INC.
11 Beacon St., Suite 924
Boston, MA 02108
(617) 723-8455
Email: tpritchard@dlc-ma.org

James S. Rollins (Bar No. 569422)
Melissa Nott Davis (Bar No. 654546)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
Email: james.rollins@nelsonmullins.com
melissa.davis@nelsonmullins.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, this document and all attachments were caused to be filed through the CM/ECF system, which will send notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that any non-registered participants as indicated on the NEF will be sent paper copies.

s/ Max Lapertosa