**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| NATIONAL ALLIANCE ON MENTAL ILLNESS OF MASSACHUSETTS, INC., et al., | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. 4:26-cv-40084-MRG |
| v. | ) | |
| CITY OF WORCESTER, MASSACHUSETTS, | ) | |
| Defendant. | ) | |

**JOINT STATUS UPDATE AND**
**MOTION TO EXTEND THE COURT'S STAY OF CASE DEADLINES**

Pursuant to the Court's September 21, 2026 Order (Dkt. No. 33), the parties, through counsel, respectfully submit the following Joint Status Update and move for an extension of the Court's stay of case deadlines and proceedings for an additional five weeks, or through December 4, 2026, as follows:

1. On August 25, 2026, the Court granted the parties' motion to stay deadlines in this case through September 21, 2026. Dkt. No. 26. The Court also granted the parties' motion for referral of this case for Alternative Dispute Resolution (ADR). Dkt. Nos. 27, 28.

2. On August 31, 2026, the Court appointed the Honorable Judith Gail Dein, United States Magistrate Judge, as the ADR provider in this case. Dkt. No. 29.

3. On September 21, 2026, the Court granted the parties' joint motion to extend the stay of case deadlines and proceedings to November 2, 2026. Dkt. No. 33.

4. The parties participated in a settlement conference before Judge Dein on October 2, 2026. Following this conference, Judge Dein reported that "progress was made and the parties

are conferring on a date for continued mediation." Dkt. No. 38. A second settlement conference has been scheduled for November 20, 2026.

5. Accordingly, to allow sufficient time for the parties to focus their efforts and resources on settlement, the parties respectfully request that the Court extend the stay of case deadlines and proceedings for an additional five weeks, or through December 4, 2026. On or before this date, the parties will notify the Court as to the status of settlement negotiations and whether a further extension of the stay is warranted. If the parties report that they have not settled and do not believe that settlement is reasonably anticipated or likely, the parties request that, at that time, the Court lift the stay and extend all case deadlines and dates commensurate with the length of the stay.

WHEREFORE, the parties respectfully request that this Motion be GRANTED and that the Court enter an order staying case deadlines and proceedings through December 4, 2026.

Dated: October 23, 2026

Respectfully submitted,

s/ Alexandra H. Kalkounis (by express permission)
Alexandra H. Kalkounis (Bar No. 678657)
City Solicitor
CITY OF WORCESTER
City Hall, Room 301
455 Main St.
Worcester, MA 01608
(508) 799-1161
Email: kalkounisa@worcesterma.gov

Douglas T. Radigan (Bar No. 657938)
PRINCE LOBEL TYE LLP
1 Mercantile St., Suite 220
Worcester, MA 01608
(508) 318-1741
dradigan@princelobel.com

*Counsel for Defendant*

s/ Max Lapertosa
Steven J. Schwartz (Bar No. 448440)
Mona Igram (Bar No. 562986)
Max Lapertosa (admitted *pro hac vice*)
CENTER FOR PUBLIC REPRESENTATION
5 Ferry St., Suite 314
Easthampton, MA 01027
(413) 966-1510
Email: sschwartz@cpr-ma.org
migram@cpr-ma.org
mlapertosa@cpr-ma.org

Tatum Pritchard (Bar No. 664502)
DISABILITY LAW CENTER, INC.
11 Beacon St., Suite 924
Boston, MA 02108
(617) 723-8455
Email: tpritchard@dlc-ma.org

James S. Rollins (Bar No. 569422)
Melissa Nott Davis (Bar No. 654546)
NELSON MULLINS
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4700
Email: james.rollins@nelsonmullins.com
melissa.davis@nelsonmullins.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, this document and all attachments were caused to be filed through the CM/ECF system, which will send notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that any non-registered participants as indicated on the NEF will be sent paper copies.

s/ Max Lapertosa